IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| **Christopher Michaels, Administrator,** | |
| **Amber K. Bowman, Deceased,** | **Plaintiffs** |
| v. | Civil Action No. **2:13-cv-23628** |
| | Judge Joseph R. Goodwin |
| **Ethicon, Inc.,** | |
| **Ethicon, LLC,** | |
| **Johnson & Johnson** | **Defendants** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs Christopher Michaels, Administrator of the Estate of Amber K. Bowman, Deceased and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41. No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear their or its own costs.

Respectfully submitted,

/s/ Eric D. Holland
Eric D. Holland
Holland Groves Schneller & Stolze
300 North Tucker Boulevard
Suite 801
St. Louis, MO 63101
(314) 241-8111
eholland@allfela.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street, Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage